AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| | |
|---|---|
| United States of America<br>v.<br><br>JACOB BRADLEY DEMARAIS<br>*Defendant(s)* | )<br>)<br>)  Case No.   1:21-mj-252<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  11/20/2020 to in or about 2/14/2021  in the county of  Morton  in the  District of  North Dakota , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC, Section 2252(a)(2) | Distribution of Materials Depicting the Sexual Exploitation of Minors. |
| 18 USC, Section 2252(A)(4)(B) | Possession of Materials Depicting the Sexual Exploitation of Minors. |

This criminal complaint is based on these facts:

See attached Affidavit of Probable Cause of Special Agent Albert Shea Miller.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Albert Shea Miller, SA, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: June 9, 2021

_____
*Judge's signature*

City and state:  Bismarck, North Dakota      Clare R. Hochhalter, U.S. Magistrates Judge
*Printed name and title*