AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

RECEIVED
UNITED STATES MARSHALS

JUN 09 2021

DISTRICT OF NORTH DAKOTA

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 1:21-mj-252 |
|  | ) |
| JACOB BRADLEY DEMARAIS | ) |
| Defendant | ) |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  JACOB BRADLEY DEMARAIS,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Distribution and possession of materials depicting the sexual exploitation of minors, in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(a)(4)(B).

Date: June 9, 2021

_____
Issuing officer's signature

City and state:  Bismarck, North Dakota          CLARE R. HOCHHALTER, U.S. MAGISTRATE JUDGE
                                                 *Printed name and title*

---

**Return**

This warrant was received on *(date)* 6/9/21, and the person was arrested on *(date)* 6/14/21
at *(city and state)* Mandan, ND.

Date: 6/15/21

_____
Arresting officer's signature

M Thyen   DUSM
*Printed name and title*