# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, | ) |
|              Plaintiff, | ) **RULE 5(f) ORDER** <br> ) |
| vs. | ) <br> ) Case No.: 1:21-mj-252 |
| Jacob Bradley Demarais, | ) <br> ) |
|              Defendant. | ) |

Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and orders it to do so. Failing to do so in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.

**IT IS SO ORDERED.**

Dated this 15th day of June, 2021.

                                                                      */s/ Clare R. Hochhalter*
                                                                      Clare R. Hochhalter, Magistrate Judge
                                                                      United States District Court