UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:21-mj-00252 |
| | ) |
| v. | ) |
| | ) |
| Jacob Bradley Demarais, | ) |
| | ) **NOTICE OF APPEARANCE** |
| Defendant. | ) |

Please consider this filing as notice to the Court and all parties that Patrick Brooke of Redmann Law, P.C., will be appearing as counsel on behalf of the Defendant. All future correspondence in this matter can be addressed accordingly to the address below.

Dated this 16th day of June, 2021.

> REDMANN LAW, P.C.
> 107 1st Ave NW
> Mandan, ND 58554
> (701) 751-7188
> *Attorneys for Defendant*
>
> By: /s/ Patrick Brooke
> Patrick Brooke (ND ID #07999)
> pbrooke@redmannlawpc.com