UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:21-cr-00130 |
| | ) | |
| v. | ) | |
| | ) | |
| Jacob Bradley Demarais, | ) | **NOTICE OF APPEARANCE** |
| | ) | **(co-counsel)** |
| Defendant. | ) | |

Please consider this filing as notice to the Court and all parties that Chris Redmann of Redmann Law, P.C., will be appearing as co-counsel along with Patrick Brooke on behalf of the Defendant. All future correspondence in this matter can be addressed accordingly to the address below.

Dated this 21st day of June, 2021.

    REDMANN LAW, P.C.
    107 1st Ave NW
    Mandan, ND 58554
    (701) 751-7188
    *Attorneys for Defendant*

By:  /s/ Patrick Brooke
      Patrick Brooke (ND ID #07999)
      pbrooke@redmannlawpc.com

By:  /s/ Chris Redmann
      Chris Redmann (ND ID #07523)
      credmann@redmannlawpc.com