

July 15, 2021

Patrick Brooke, Attorney at law
107 1st Ave. NW,
Mandan, ND  58554

RE: Jacob Demarais

This letter is to confirm the acceptance of Jacob Demarais for the inpatient program at Alpha Human Services.  This acceptance is based on information obtained during the telephone interview with you and your client on 7/14/21.  Mr. Demarais appears to be an appropriate candidate with a positive prognosis for successful completion.  His charged offenses are similar to those addressed by other clients in the program.  In addition, he does not appear to present a significant risk to the community or staff for physical or sexual aggression in a supervised setting and does not appear to be a significant risk to abscond from placement.

As you are aware, Alpha is a private non-profit agency located in Minneapolis that provides residential therapy to adult male sexual offenders.  The program is licensed by the Minnesota Department of Corrections as a minimum security facility, conducting head counts 24 every half hour and providing 24 hour supervision by staff.  The program consists of two major phases; the residential phase and the post-residential phase.  The residential phase is estimated to take 13-18 months to complete.   During that phase of the program clients do not work in the community and attend daily therapy sessions as well as participate in a graduated system of increased privileges which depend on progress on goals.  The post-residential phase consists of living in the community and residing with peers from treatment while attending weekly sessions.  This portion of the program is 12 months or longer.

Mr. Demarais is able to participate prior to conviction and could continue to participate if placed on court supervision should he be convicted if his supervision is transferred to Minneapolis.  While in placement he would be able to have telephone and mail communication with his attorney and any court representatives.



0001

Should the court allow placement, Mr. Demarais is eligible to enter at any time. It is my understanding that he has a relative who has agreed to be responsible for the costs of placement.

Please do not hesitate to contact me with any questions or to share my contact information with any relevant parties.

*Douglas Williams MS, LP*

Douglas Williams MS, LP
Director of Intake and Outpatient Services
Licensed Psychologist
(612) 823-3707
DougW@alphaservices.org