UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:21-cr-00130 |
| | ) | |
| v. | ) | |
| | ) | **SUPPLEMENTAL MOTION** |
| Jacob Bradley Demarais, | ) | **FOR PRETRIAL RELEASE** |
| | ) | |
| Defendant. | ) | |

[1]   COMES NOW, Defendant, Jacob Bradley Demarais, by and through his attorney, Patrick Brooke, moved the Court for pretrial release in the above-referenced case to allow Mr. Demarais to enroll and complete psychosexual related dysfunction treatment at Alpha Human Services in Minneapolis, Minnesota.  Mr. Demarais would like to provide this supplemental motion to update the Court on his travel plans.

[2]   Mr. Demarais' uncle, Mark Demarais, is willing to take third-party custody until Mr. Demarais reaches Alpha Human Services in Minnesota.  Mark would travel to Akron, Colorado this weekend and pick up Mr. Demarais early Monday morning (8/2/21) at 5:00 or 6:00 a.m.  Mark would then transport Mr. Demarais to Bismarck, North Dakota where Mr. Demarais would be hooked up to GPS monitoring.  Mark and Mr. Demarais would stay the night in Bismarck and leave Tuesday morning for Alpha Human Services in Minneapolis, Minnesota.  Mr. Demarais would be required to immediately check into the facility and provide pretrial services with proof regarding the same.

[3]   Mr. Demarais requests the Court allow his release to Alpha Human Services.

*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*

Dated this 28th day of July, 2021.

                                              REDMANN LAW, P.C.
                                              107 1st Ave NW
                                              Mandan, ND 58554
                                              (701) 751-7188
                                              *Attorneys for Defendant*

By:  /s/ Patrick Brooke
       Patrick Brooke (ND ID #07999)
       pbrooke@redmannlawpc.com