PS 38
(02/2001)

# RELEASE STATUS REPORT TO THE COURT

Defendant: Jacob Bradley Demarais          Docket No.: 0868 1:21CR00130

To Appear On: 08/17/2021     For:  ☐ Plea    ☒ Trial    ☐ Sentencing

Before Judge: Daniel M. Traynor

Initial Appearance Date: 06/15/2021     Release Date: 08/03/2021

Magistrate Judge: Clare R. Hochhalter

Conditions of Release:

| | | | |
|---|---|---|---|
| ☒ | Pretrial Supervision | ☒ | Surrender Passport |
| ☐ | Seek/Maintain Employment | ☐ | Do Not Obtain Passport |
| ☐ | Submit to Counseling as Deemed Appropriate by Pretrial Services | ☐ | Refrain from Excessive Use of Alcohol or Any Controlled Substance without a Prescription |
| ☐ | Drug/Alcohol Monitoring | ☒ | Location Monitoring |
| ☐ | Third Party Custody to: | Click here to enter text. | |
| ☐ | Travel Restrictions: | Click here to enter text. | |
| ☒ | No Contact With: | -No contact with persons under 18<br>-Not possess a firearm or dangerous weapon<br>-Search Provision<br>-Reside at Alpha Human Services residential treatment program and follow all rules and regulations.<br>-Do not use or possess a computer. | |
| ☒ | Other: | | |

Defendant Has Met Conditions of Release:     ☒ Yes    ☐ No

**Conditions of Release Not Met and the Activities of the Officer to Bring the Defendant into Compliance:**
The defendant began his term of pretrial supervision on August 3, 2021. He was released to reside at the Alpha Human Services residential treatment program and according to the Minnesota Pretrial Services officer, Mr. Demarais has complied with all rules and requirements. He is currently on GPS monitoring.

**Recommendations:**

If the defendant is found guilty at trial, it is believed he would be required to be taken into custody per title 18 U.S.C. 3143(a)(2).

| | |
|---|---|
| 08/10/2021 | Rachel Wallock |
| Date | Supervisory U.S. Pretrial Services Officer |