UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | Case No. 1:21-cr-00130 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **MOTION TO CONTINUE TRIAL** |
| Jacob Bradley Demarais, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the above-named Defendant, Jacob Demarais, by and through his attorney, Patrick Brooke, and moves this Honorable Court for an Order continuing the trial date currently scheduled for **August 17-19, 2021**, for at least 90 days, on the following grounds:

- The undersigned was recently retained in this matter;
- The Government needs additional time to provide supplemental discovery materials to Defendant; and,
- In order to properly represent Defendant, the undersigned needs additional time to receive and review supplemental discovery materials, locate potential witnesses, complete an independent investigation, and to prepare for trial.

The undersigned further represents to the Court that this motion is made neither for purposes of undue delay nor other improper reasons. Counsel makes this request for the Defendant in order to have the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The Defendant has been informed and understands that the delay occasioned by this motion is excluded from counting under the Speedy Trial Act.

Dated this 11th day of August, 2021.

REDMANN LAW, P.C.
107 1st Ave NW
Mandan, ND 58554
(701) 751-7188
*Attorneys for Defendant*

By: /s/ Patrick Brooke
Patrick Brooke (ND ID #07999)
pbrooke@redmannlawpc.com