## WAIVER OF SPEEDY TRIAL RIGHTS

I have read, understand, and consent to the above Motion to Continue Trial. I have been advised of my right to a speedy trial under 18 U.S.C. § 3161, and hereby waive my right to a speedy trial to the extent occasioned by the above Motion to Continue Trial.

Dated this 10 day of August, 2021.

Jacob Demarais
Defendant