UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, )<br>  )<br>                Plaintiff, )<br>  )<br>v. )<br>  )<br>Jacob Bradley Demarais, )<br>  )<br>                Defendant. ) | Case No. 1:21-cr-00130<br><br>**MOTION TO CONTINUE TRIAL** |

COMES NOW the above-named Defendant, Jacob Demarais, by and through his attorney, Patrick Brooke, and moves this Honorable Court for an Order continuing the trial date currently scheduled for **January 18, 2022**, for at least 90 days, on the following grounds:

- Defense counsel has secured an expert witness in this matter. Due to the nature of this case, additional time is needed to develop this matter for trial.

The undersigned further represents to the Court that this motion is made neither for purposes of undue delay nor other improper reasons. Counsel makes this request for the Defendant in order to have the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The Defendant has been informed and understands that the delay occasioned by this motion is excluded from counting under the Speedy Trial Act. A waiver of speedy trial rights has already been filed with the Court.

Dated this 20th day of December, 2021.

                                        REDMANN LAW, P.C.
                                        107 1st Ave NW
                                        Mandan, ND 58554
                                        (701) 751-7188
                                        *Attorneys for Defendant*

                              By:  /s/ Patrick Brooke
                                        Patrick Brooke (ND ID #07999)
                                        pbrooke@redmannlawpc.com