UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, | )<br>) Case No. 1:21-cr-00130<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) **MOTION TO CONTINUE TRIAL** |
| Jacob Bradley Demarais, | )<br>) |
| Defendant. | ) |

COMES NOW the above-named Defendant, Jacob Demarais, by and through his attorney, Patrick Brooke, and moves this Honorable Court for an Order continuing the trial date currently scheduled for **May 24-26, 2022**, for at least 90 days, on the following grounds:

- Defense counsel has secured an expert witness in this matter who just finished his review of this case. Due to the nature of the case, additional time is needed to review his findings and review the same with Defendant.

The undersigned further represents to the Court that this motion is made neither for purposes of undue delay nor other improper reasons. Counsel makes this request for the Defendant in order to have the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Further, the Government has been consulted and did not object to this request.

The Defendant has been informed and understands that the delay occasioned by this motion is excluded from counting under the Speedy Trial Act. A waiver of speedy trial rights has already been filed with the Court.

Dated this 25th day of April, 2022.

REDMANN LAW, P.C.
107 1st Ave NW
Mandan, ND 58554
(701) 751-7188
*Attorneys for Defendant*

By: /s/ Patrick Brooke
Patrick Brooke (ND ID #07999)
pbrooke@redmannlawpc.com