# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Jacob Bradley Demarais, | ) | Case No. 1:21-cr-130 |
| | ) | |
| Defendant. | ) | |

On July 26, 2022, Defendant filed a Motion to Modify Pretrial Release. (Doc. No. 35).

Defendant asks this Court to modify the condition requiring him to reside with his uncle, Mark

Demarais, in Coleraine, Minnesota. Instead, Defendant requests the Court allow him to reside

with his aunt, Denise Mattson. There being no objection from the United States, the Court

**GRANTS** Defendant's motion (Doc. No. 35) and modifies the condition requiring him to reside

with Mark Demarais. Defendant shall abide all previously imposed conditions of release as well

as the following conditions:

1. Defendant shall be placed in the third-party custody of his aunt, Denise Mattson, who

   agrees (1) to supervise Defendant in accordance with all conditions of release, (2) to

   use every effort to assure the appearance of Defendant at all scheduled court

   proceedings, and (3) to notify the Pretrial Services Officer immediately in the event

   Defendant violates any conditions of release or disappears.

2. Defendant shall transition from Mark Demarais' residence to Denise Mattson's

   residence at a time within the discretion of the Pretrial Services Officer.

1

**IT IS SO ORDERED.**

Dated this 27th day of July, 2022.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court
