UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | Case No. 1:21-cr-00130 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **MOTION TO CONTINUE TRIAL** |
| Jacob Bradley Demarais, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the above-named Defendant, Jacob Demarais, by and through his attorney, Patrick Brooke, and moves this Honorable Court for an Order continuing the trial date currently scheduled for **September 13th–15th, 2022**, for at least 60 days, on the following grounds:

- Defense counsel's expert witness indicated a need for additional time to review the case. Due to the nature of the case, additional time is needed for the expert to complete his findings and review the same with Defendant.

The undersigned further represents to the Court that this motion is made neither for purposes of undue delay nor other improper reasons. Counsel makes this request for the Defendant in order to have the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Further, the Government has been consulted and did not object to this request.

The Defendant has been informed and understands that the delay occasioned by this motion is excluded from counting under the Speedy Trial Act. A waiver of speedy trial rights has already been filed with the Court.

Dated this 23rd day of August, 2022.

REDMANN LAW, P.C.
107 1st Ave NW
Mandan, ND 58554
(701) 751-7188
*Attorneys for Defendant*

By: /s/ Patrick Brooke
Patrick Brooke (ND ID #07999)
pbrooke@redmannlawpc.com