UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | Case No. 1:21-cr-00130 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CONSENT TO INSITUTE A |
| | ) | PRESENTENCE INVESTIGATION |
| | ) | AND DISCLOSE THE REPORT |
| | ) | BEFORE CONVICTION OR |
| | ) | PLEA OF GUILTY |
| Jacob Bradley Demarais, | ) | |
| | ) | |
| Defendant. | ) | |

I, Jacob Demarais, hereby consent to a presentence investigation by the probation officers of the United States district courts. I understand and agree that the report of the investigation will be disclosed to the judge and the attorney for the government, as well as to me and my attorney, so that it may be considered by the judge in deciding whether to accept a plea agreement that I have reached with the government.

_12/1/22_
Date

_Jacob Demarais_
Defendant

_12/1/22_
Date

_Patrick Brooke_
Attorney for Defendant