IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JACOB BRADLEY DEMARAIS,<br><br>  Defendant. | Case No. 1:21-cr-00130<br><br>**UNITED STATES' SENTENCING MEMORANDUM** |

The United States of America, by Mac Schneider, United States Attorney for the District of North Dakota, and Gary L. Delorme, Assistant United States Attorney, submits this Sentencing Memorandum in the above-captioned case.

The United States has no objections to the Presentence Investigation Report. (Doc. 44). The United States will make its sentencing recommendation at the hearing scheduled for March 6, 2023.

Dated:  February 27, 2023

                                        MAC SCHNEIDER
                                        United States Attorney

                              By:   /s/ *Gary L. Delorme*
                                        GARY L. DELORME
                                        Assistant United States Attorney
                                        ND Bar ID 05845
                                        P.O. Box 699
                                        Bismarck, ND  58502-0699
                                        (701) 530-2420
                                        gary.delorme@usdoj.gov
                                        Attorney for United States