UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,        )<br>      Plaintiff,        )<br>        )<br>vs.        )<br>        )<br>Jacob Bradley Demarais,        )<br>      Defendant.        ) | Case No. 1:21-cr-00130<br><br>**DEFENDANT'S SENTENCING MEMORANDUM** |

The Defendant, Jacob Bradley Demarais ("Mr. Demarais"), by and through his attorney Patrick Brooke of Redmann Law, P.C., hereby submits this Sentencing Memorandum. Mr. Demarais has no objections to the Presenting Investigation Report. Sentencing is scheduled for March 6, 2023.

Dated this 1st day of March, 2023.

                                                REDMANN LAW, P.C.
                                                107 1st Ave. NW
                                                Mandan, ND 58554
                                                (701) 751-7188
                                                *Attorneys for Defendant*

                                                /s/ Patrick Brooke
                                                Patrick Brooke (ND ID #07999)
                                                pbrooke@redmannlawpc.com