PS 38(02/2001)

# RELEASE STATUS REPORT TO THE COURT

Defendant: Jacob Bradley Demarais   Docket No.: 0868 1:21CR00130

To Appear On: 03/09/2023   For: ☒ Plea   ☐ Trial   ☒ Sentencing

Before Judge: Daniel M. Traynor

Initial Appearance Date: 06/22/2021   Release Date: 08/02/2021

Magistrate Judge: Clare R. Hochhalter

Conditions of Release:

| | | | |
|---|---|---|---|
| ☒ | Pretrial Supervision | ☒ | Surrender Passport |
| ☐ | Seek/Maintain Employment | ☐ | Do Not Obtain Passport |
| ☒ | Submit to Counseling as Deemed Appropriate by Pretrial Services | ☐ | Refrain from Excessive Use of Alcohol or Any Controlled Substance without a Prescription |
| ☐ | Drug/Alcohol Monitoring | ☒ | Location Monitoring |
| ☒ | Third Party Custody to: Mark Demarais | | |
| ☐ | Travel Restrictions: | | |
| ☒ | No Contact With: | | Persons under the age of 18, except in the presence of a responsible adult |
| ☒ | Other: | | Search Provision, Weapons Restriction, Internet/Computer Restriction |

Defendant Has Met Conditions of Release:   ☒ Yes   ☐ No

Conditions of Release Not Met and the Activities of the Officer to Bring the Defendant into Compliance:

The defendant has complied with all the conditions of his pretrial release.

Recommendations:

If a term of imprisonment is ordered, voluntary surrender would not be recommended.

03/07/2023                                        /s/ Bobby Wiseman
Date                                              U.S. Pretrial Services Officer