IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:21-CR-00130 |
| ) | |
| Jacob Bradley Demarais ) | |
| ) | |
| Defendant. ) | |

DECLARATION OF PUBLICATION

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on March 24, 2023 and ending on April 22, 2023. (See, Attachment 1).

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 27, 2023 at Fargo, ND.

/s/ Vicki Thompson
Vicki Thompson
Legal Assistant