IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACOB BRADLEY DEMARAIS,<br><br>Defendant. | Case No. 1:21-cr-130<br><br>**FINAL ORDER OF FORFEITURE** |

The Court entered a Preliminary Order of Forfeiture on March 9, 2023 (Doc. 63), pursuant to the provisions of 18 U.S.C. § 2253(a). Notice of Criminal Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days beginning on March 24, 2023 (Doc. 69).

There were no filed verified petitions in this action claiming an ownership interest in the property listed and it appears from the record that no other claims, contested or otherwise, have been filed for the property described in the Court's Preliminary Order of Forfeiture.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. The right, title, and interest to all the described property is forfeited and vested in the United States of America and shall be disposed of according to law.

2. The following property belonging to JACOB BRADLEY DEMARAIS, who is the subject of this Order, is hereby forfeited to the United States of America:

- One iPhone, black in color; and
- One iPhone, silver in color, with Serial No. A1778.

3.  The Federal Bureau of Investigation shall either destroy the equipment pursuant to federal law and regulations or erase all child pornography from the memory devices and put them into official use in accordance with attorney general and agency guidelines governing official use requests.

This Order was filed electronically through ECF, and ECF will send a Notice of Electronic Filing (NEF) to all counsel of record.

LET JUDGMENT BE ENTERED ACCORDINGLY.

SO ORDERED this 20th day of June, 2023.

Daniel M. Traynor, District Judge
United States District Court