UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

UNITED STATES OF AMERICA,   )

v.   )   Case No. 1:21-cr-130

JACOB BRADLEY DEMARAIS.   )

## NOTICE OF APPEARANCE

The Clerk will please enter the appearance of Mr. Brandon Sample as counsel for Mr. Jacob Demarais.

Respectfully submitted,

/s/Brandon Sample
Brandon Sample
Brandon Sample PLC
1701 Pennsylvania Ave N.W. # 200
Washington, DC 20006
Tel: 202-990-2500
Fax: 202-990-2600
E-mail: brandon@brandonsample.com