**EXHIBIT 2**

**Support Letters**

To: Whom it May Concern                                                                                                  September 20, 2023

Subject: Jacob Demarais's Compassions Release/Home Confinement

I fully support Jacob's moving into his stepfather, Mark Fairchild's, home.  Mark is my son and Jacob is a valued member of our family.  Mark's brother and sister also support

Mark's consequential relationship with Jacob Demarais began when he married Lori Demarais, during the summer of 1987 (Mark divorced Lori in 2014).  Jacob was 2 when Mark became his stepfather in 1987.  His father/son relationship with Mark continued until he was about 14. In the later years he exhibited a little cockiness, as teens often do, but he has always been respectful of his stepfather, referring to Mark as "Dad".

After Jacob turned 14, he elected to move into his Uncle Mark, to escape a deteriorating relationship with his mother and avoid living with "rules!" During his time as a guest, he was helpful with chores around the house.  He put up gutters and insulated the crawl space under the house, put up a new garage door on her double garage.  Later, after he returned to Coleraine as an adult, Jacob moved to his Uncle Mark Demarais' house,  where he paid $600 per month rent and helped with the groceries.

The stay with his Uncle Mark lasted 6-8 months, after which Jacob moved in with his Aunt in Grand Rapids. It was during the period with his Aunt  that Jacob's adult relationship with Mark matured.

In the early spring of 2022, Jacob became concerned about Mark's financial situation.  He learned that Mark's bank accounts had been compromised by scammers mirroring his bank accounts using Zell.  Jacob intervened and got Wells Fargo to assist in recovering the funds.  He then alerted Mark's family to his concerns and asked that I get involved and help him make all of the Fairchild family aware to the need to monitor Mark's financial activities, particularly his on-line trading platforms.  With Jacob's involvement, we have instituted corrective actions.

Jacob continues to maintain a watchful eye on Mark's activities and aids in Mark's decisions making processes.  He will be welcome company for Mark and his assistance in daily living chores and vehicle maintenance will make all of us appreciative.

Best Regards,

Dave Fairchild
859-516-1090
Davefairchild0115@gmail.com

Nov. 10, 2023

To Whom It May Concern:

My name is Denise Mattson and I'm Jacob Demarais aunt and Mark Fairchild's ex sister-in-law.

Mark has suffered from M.S for many years and suffers from numbness in his hands, short term memory loss, double vision, and weakness, just to name a few which is frustrating when trying to perform household duties and maintenance of the yard, snow plowing, shoveling, mowing, etc. He also tires easily which is not good for his health and has been injured when performing these duties.

Jacob has been involved with helping his Dad for years and they have a good relationship. It would be very beneficial for Mark to have Jacob's assistance with this debilitating disease.

With Mark's disease progressing and having the assistance of Jacob it would alleviate the stress for the family knowing that Mark is well
cared for. Mark would be able to live comfortably with no worries of having to do the basic daily household duties.

Mark's address is:



Thank you for your time,

Sincerely,
Denise Mattson

To whom it may concern,

My name is Leah Kessler, and I am writing this letter to express my concerns for the safety of my Dad, Mark Fairchild and the benefits of my brother Jake Demarais stepping in to assist with caring for our Dad.

In recent years, it has been noticed that there has been a decline in my dad's cognition and executive functioning skills due to his Multiple Sclerosis.  He has suffered from short term memory loss for quite some time, and until the last few years, it had been manageable with the help of a past significant other.  He has been living alone now for at least 2 years and there have been multiple incidents that are concerning for his safety. My dad has difficulty recognizing when he needs assistance until it is too late.  My Dad tends to wait to ask for help until it's almost too late, as he has a hard time recognizing that he needs assistance at times.   For example, the wood stove pipe for heating the house was broken and he thought he could fix it with duct tape. He then proceeded to build a fire when the woodstove was not properly fixed.  He eventually called my husband, who later arrived to find the duct tape melted to the pipe, and the pipe falling apart while the fire was still going.  This was an extreme fire hazard and could have destroyed his entire house and even been fatal to my dad. It was lucky that my husband just so happened to be able to get off work in time to go fix it before the fire went out of control. Another example is where my dad mentioned he was dealing with a gas line leak he had installed in his living room. When I visited, the house smelled of gas and he did not have the cognition to realize the importance of this matter. I expressed my concerns, opened the windows in the house, and then called my brother Jake to tell him, knowing that my dad would be more opted to listen to my brother's concerns. Jake was able to reason with my dad to call the fire department to check the leak and have the gas line shut off.

In addition to the major safety concerns for my Dad, he also has worsening motor control and vision deficits, including balance issues and double vision.  His double vision is corrected with glasses; however, his eyes still get fatigued and cause him to lose focus and he has had some incidents of falling and injuring his self.  Furthermore, my dad has sensory loss in his hands, which makes it difficult to complete fine motor skills needed for minor upkeep of the house, using certain tools etc., when something breaks.  With the declining cognition, my Dad has some difficulties with time management, often losing track of time and forgetting important appointments or scheduled events.  With all of these issues combined, daily tasks can sometimes be a challenge for my Dad.

Our Dad would greatly benefit from having someone who he knows, loves, and trusts, his son Jake, to be there to foster his independence.   There is no one better to take on the role of helping our Dad with the limitations he faces due to his MS.   My husband and I are unable to fill the needs of this role currently, as we are both working full time and raising two young children.   Jake would be able to provide support and ensure safety for my dad while serving the remainder of his sentence from home.

Sincerely,

Leah Kessler

To whom it may concern,

I lived with Mark Fairchild for 4 years from 2017 to 2021. I have witnessed a lot of behavior and accidents that show that Mark should not live alone.

He has cut his finger badly while using a hedge trimmer and required 13 stitches. He has cut his leg using a chainsaw to cut wood. He has fallen several times in the bathroom and hit his head because his balance is bad. He has fallen off a ladder.  He had a brick fall on his head while trying to build a lean to for his wood and got a concussion but never went to the hospital to have himself checked out.  These are just a few examples of accidents he has had.

Mark should definitely not live alone. He needs someone there to help him with daily chores in and outside the house.

Sincerely,

Mary Thorson