**EXHIBIT 3**

**BOP Records**

```
 TOMHX           *            INMATE EDUCATION DATA       *      09-17-2023
PAGE 001 OF 001 *                  TRANSCRIPT             *      15:09:10

REGISTER NO: 50347-509    NAME..: DEMARAIS                    FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: TOM-THOMSON ADMIN USP

------------------------- EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP DATE/TIME
TOM  ESL HAS    ENGLISH PROFICIENT           06-04-2023 1028 CURRENT
TOM  GED HAS    COMPLETED GED OR HS DIPLOMA  06-01-2023 0922 CURRENT

-------------------------- EDUCATION COURSES -----------------------------
SUB-FACL   DESCRIPTION                 START DATE  STOP DATE  EVNT AC LV  HRS
TOM        ACE HOW STOCK MARKET WORKS  09-11-2023  09-17-2023  P   C  P    9
TOM        ACE MASTERING FUND. MATH SELF 09-05-2023 09-10-2023 P   C  P   12
TOM        USP THE ENTREPRENEURS TOOLKIT 08-28-2023 09-03-2023 P   C  P   12
TOM        ACE EARTH'S CHANG CLIMATE SELF 08-11-2023 08-18-2023 P  C  P    6
TOM        REC A- EXERCISE, NUTRI, SPORTS 06-20-2023 07-09-2023 P  C  P    2




G0000      TRANSACTION SUCCESSFULLY COMPLETED
```