**EXHIBIT 4**

**BOP NATIONAL MENU FY 2024**

## Federal Bureau of Prisons - National Menu Breakfast FY 2024

### CONTINENTAL

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| ♥Fruit | ♥Fruit | ♥Fruit | ♥Fruit | ♥Fruit | ♥Fruit | ♥Fruit |
| ♥Hot Grits | ♥Hot Oatmeal | ♥Bran Flakes | ♥Hot Oatmeal | ♥Bran Flakes | ♥Hot Oatmeal | ♥Hot Oatmeal |
| ♥Whole Wheat Bread and ♥Jelly (2) | Breakfast Cake or ♥Whole Wheat Bread and ♥Jelly (2) | Breakfast Cake or ♥Whole Wheat Bread and ♥Jelly (2) | Breakfast Cake or ♥Whole Wheat Bread and ♥Jelly (2) | Breakfast Cake or ♥Whole Wheat Bread and ♥Jelly (2) | Breakfast Cake or ♥Whole Wheat Bread and ♥Jelly (2) | ♥Whole Wheat Bread and ♥Jelly (2) |
| ♥Sugar Substitute Pks | ♥Sugar Substitute Pks | ♥Sugar Substitute Pks | ♥Sugar Substitute Pks | ♥Sugar Substitute Pks | ♥Sugar Substitute Pks | ♥Sugar Substitute Pks |
| ♥Margarine Pat | ♥Margarine Pat | ♥Margarine Pat | ♥Margarine Pat | ♥Margarine Pat | ♥Margarine Pat | ♥Margarine Pat |
| ♥Skim Milk | ♥Skim Milk | ♥Skim Milk | ♥Skim Milk | ♥Skim Milk | ♥Skim Milk | ♥Skim Milk |
| Coffee | | | | | | Coffee |

Dry Cereal and Milk Substitute may be served in Satellite Feeding Situations in place of Hot Cereal and Skim Milk.

### MIXED CONTINENTAL/HOT

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| ♥Fruit | ♥Fruit | ♥Fruit | ♥Fruit | ♥Fruit | ♥Fruit | ♥Fruit |
| ♥Hot Grits | ♥Hot Oatmeal | ♥Bran Flakes | ♥Hot Oatmeal | ♥Bran Flakes | ♥Hot Oatmeal | ♥Hot Oatmeal |
| ♥Whole Wheat Bread and ♥Jelly (2) | Cream Gravy | Breakfast Cake or ♥Whole Wheat Bread and ♥Jelly (2) | Pancakes W/ Syrup or ♥Whole Wheat Bread and ♥Jelly (2) | Breakfast Cake or ♥Whole Wheat Bread and ♥Jelly (2) | French Toast W/ Syrup or ♥Whole Wheat Bread and ♥Jelly (2) | ♥Whole Wheat Bread and ♥Jelly (2) |
| ♥Margarine Pat | ♥Oven Brown Potatoes | | | | | |
| ♥Sugar Substitute Pks | Biscuits or ♥Whole Wheat Bread and ♥Jelly (2) | ♥Sugar Substitute Pks | ♥Sugar Substitute Pks | ♥Sugar Substitute Pks | ♥Sugar Substitute Pks | ♥Sugar Substitute Pks |
| ♥Skim Milk | ♥Sugar Substitute Pks | ♥Margarine Pat | ♥Margarine Pat | ♥Margarine Pat | ♥Margarine Pat | ♥Margarine Pat |
| Coffee | ♥Skim Milk | ♥Skim Milk | ♥Skim Milk | ♥Skim Milk | ♥Skim Milk | ♥Skim Milk |
| | | | | | | Coffee |

Dry Cereal and Milk Substitute may be served in Satellite Feeding Situations in place of Hot Cereal and Skim Milk.

# Federal Bureau of Prisons - National Menu Lunch and Dinner FY 2024

## Week 1

| Sunday Lunch | Monday Lunch | Tuesday Lunch | Wednesday Lunch | Thursday Lunch | Friday Lunch | Saturday Lunch |
|---|---|---|---|---|---|---|
| ♥Scrambled Eggs or | Southwest Chkn Wrap or | Chicken Patty Sand. or | ♥Hamburger or | ♥Baked Chicken or | ♥Baked Fish or | ♥Beef Tacos or |
| #Peanut Butter | ♥ Chicken & Veggies or | ♥#Ckn. No Flesh Patty | # Black Bean Burger | #Pinto Beans | #Baked Beans | #Black Beans |
| ♥Oven Brown Potatoes | #Southwest Tofu Wrap | ♥Steamed Rice | French Fries or | ♥Baked Sweet Potato | Macaroni & Cheese or | ♥Cilantro Rice |
| Cream Gravy | ♥Cole Slaw | ♥Pinto Beans | ♥Baked Potato | ♥Green Beans | ♥Garlic Macaroni | ♥Whole Kernel Corn |
| Biscuits (2) or | ♥Pinto Beans | ♥Lettuce/Tomato | W/Margarine Pat | ♥Whole Wheat Bread | ♥Carrots | ♥Taco Shells (2) |
| ♥Whole Wheat Bread | ♥Fruit | Mayonnaise | ♥Lettuce/Tomato | ♥Margarine Pat | ♥Whole Wheat Bread | Shredded Cheese |
| and ♥Jelly (2) | ♥Beverage | ♥WW Hamburger Bun | ♥Sliced Onions | ♥Fruit | Tartar Sauce | ♥Salsa |
| ♥Fruit | | ♥Fruit | ♥Catsup & Mustard | or Dessert | ♥Fruit | ♥Fruit |
| ♥Beverage | | or Dessert | ♥WW Hamburger Bun | ♥Beverage | ♥Beverage | ♥Beverage |
| | | ♥Beverage | ♥Fruit | | | |
| | | | ♥Beverage | | | |

| Sunday Dinner | Monday Dinner | Tuesday Dinner | Wednesday Dinner | Thursday Dinner | Friday Dinner | Saturday Dinner |
|---|---|---|---|---|---|---|
| ♥Roast Beef or | ♥Turkey Roast | ♥Salisbury Steak or | ♥Black Bean Soup | ♥Chicken Fajita or | ♥Pasta | ♥Vegetable Soup |
| #Black Eyed Peas | #or Navy Beans | #Black Eyed Peas | ♥Beef Taco Salad or | #Tofu Fajita | ♥w/ Marinara Sauce | ♥Chicken Salad or |
| ♥Mashed Potatoes | ♥Steamed Rice | ♥Mashed Potatoes | #Soy Taco Salad | ♥Cilantro Rice | ♥Meatballs or | #Hummus |
| ♥Green Beans | ♥Green Peas | Brown Gravy | Shredded Cheese | ♥Black Beans | #Soy Spaghetti Sauce | Potato Chips or |
| Brown Gravy | Brown Gravy | ♥Whole Kernel Corn | ♥Salsa | ♥Whole Kernel Corn | ♥Spinach | ♥Baked Potato |
| ♥Whole Wheat Bread | ♥Whole Wheat Bread | ♥Whole Wheat Bread | ♥Beverage | ♥Salsa | ♥Garden Salad | W/Margarine Pat |
| ♥Beverage | ♥Beverage | ♥Margarine Pat | | ♥Beverage | ♥Dressing, Assorted | ♥Lettuce Leaf |
| | | ♥Beverage | | | Garlic Bread or | ♥Whole Wheat Bread |
| | | | | | ♥Whole Wheat Bread | ♥Beverage |
| | | | | | ♥Beverage | |

# Indicates No Flesh Entree Item, ♥ Indicates Heart Healthy.

## Federal Bureau of Prisons - National Menu Lunch and Dinner FY 2024

### Week 2

| Sunday Lunch | Monday Lunch | Tuesday Lunch | Wednesday Lunch | Thursday Lunch | Friday Lunch | Saturday Lunch |
|---|---|---|---|---|---|---|
| ♥Scrambled Eggs or #Peanut Butter ♥Oven Brown Potatoes Pancakes W/Syrup or ♥Whole Wheat Bread and ♥Jelly (2) ♥Margarine Pat ♥Fruit ♥Beverage | ♥Chicken Tacos or #or Chickpea Tacos ♥Cilantro Rice ♥Black Beans ♥Whole Kernel Corn ♥Taco Shells (2) ♥Salsa ♥Fruit ♥Beverage | Chicken Patty Sand. or ♥#Ckn. No Flesh Patty ♥Steamed Rice ♥Pinto Beans ♥Lettuce/Tomato Mayonnaise ♥WW Hamburger Bun ♥Fruit or Dessert ♥Beverage | ♥Hamburger or # Black Bean Burger French Fries or ♥Baked Potato W/Margarine Pat ♥Lettuce/Tomato ♥Sliced Onions ♥Catsup & Mustard ♥WW Hamburger Bun ♥Fruit ♥Beverage | Fried Chicken or ♥Baked Chicken or #PB & Jelly Sand. (2) ♥Mashed Potatoes ♥Carrots Chicken Gravy ♥Whole Wheat Bread ♥Margarine Pat ♥Fruit or Dessert ♥Beverage | Breaded Fish Sand. or ♥Baked Fish or #Hummus ♥Cilantro Rice ♥Pinto Beans ♥WW Hamburger Bun Tartar Sauce ♥Fruit ♥Beverage | ♥Scrambled Eggs or #Peanut Butter ♥Oven Brown Potatoes Cream Gravy Biscuits (2) or ♥Whole Wheat Bread and ♥Jelly (2) ♥Fruit ♥Beverage |

| Sunday Dinner | Monday Dinner | Tuesday Dinner | Wednesday Dinner | Thursday Dinner | Friday Dinner | Saturday Dinner |
|---|---|---|---|---|---|---|
| ♥Chicken Alfredo #or Tofu & Vegetables ♥Spaghetti Pasta ♥Green Peas ♥Whole Wheat Bread ♥Beverage | ♥BBQ Pork or #BBQ Tofu ♥Pinto Beans ♥Coleslaw ♥Baked Sweet Potato ♥Margarine Pat ♥WW Hamburger Bun ♥Beverage | Swedish Meatballs or ♥# Black Bean Burger ♥Egg Noodles ♥Green Beans ♥Garden Salad ♥Dressing, Assorted ♥Whole Wheat Bread ♥Beverage | Cheese Pizza ♥#or Navy Beans ♥Pasta w/ Marinara ♥Garden Salad ♥Dressing, Assorted ♥Beverage | ♥Cream of Potato Soup Chef Salad or ♥#Tofu Chef Salad ♥Beets (Cold) ♥Dressing, Assorted ♥WW Bread (2) ♥Beverage | Lasagna w/Meat #or ♥Pasta Fazool ♥Garden Salad ♥Dressing, Assorted Garlic Bread or ♥Whole Wheat Bread ♥Beverage | ♥Chicken Breast Sandwich #or Hummus Wrap ♥Potato Salad ♥Green Beans ♥Lettuce/Tomato Mayonnaise ♥WW Hamburger Bun ♥Beverage |

# Indicates No Flesh Entree Item, ♥ Indicates Heart Healthy.

## Federal Bureau of Prisons - National Menu Lunch and Dinner FY 2024

### Week 3

| Sunday Lunch | Monday Lunch | Tuesday Lunch | Wednesday Lunch | Thursday Lunch | Friday Lunch | Saturday Lunch |
|---|---|---|---|---|---|---|
| ♥Scrambled Eggs or #Peanut Butter ♥Oven Brown Potatoes Pancakes W/Syrup or ♥Whole Wheat Bread and ♥Jelly (2) ♥Margarine Pat ♥Fruit ♥Beverage | ♥Chicken Fajita or #Tofu Fajita ♥Cilantro Rice ♥Black Beans ♥Whole Kernel Corn ♥Salsa ♥Fruit ♥Beverage | Chicken Patty Sand. or ♥#Ckn. No Flesh Patty ♥Garlic Macaroni ♥Green Peas ♥Lettuce/Tomato Mayonnaise ♥WW Hamburger Bun ♥Fruit or Dessert ♥Beverage | ♥Hamburger or # Black Bean Burger Sliced Cheese French Fries or ♥Baked Potato W/Margarine Pat ♥Lettuce/Tomato ♥Sliced Onions ♥Catsup & Mustard ♥WW Hamburger Bun ♥Fruit ♥Beverage | BBQ Chicken or ♥Baked Chicken or #PB & Jelly Sand. (2) Macaroni & Cheese or ♥Garlic Macaroni ♥Mixed Vegetables ♥Whole Wheat Bread ♥Fruit or Dessert ♥Beverage | ♥Baked Fish or #Black Beans ♥Rice Pilaf ♥Spinach ♥Coleslaw ♥Whole Wheat Bread Tartar Sauce ♥Fruit ♥Beverage | ♥Sloppy Joe or #PB & Jelly Sand. (2) ♥Oven Brown Potatoes ♥Carrots ♥WW Hamburger Bun ♥Fruit ♥Beverage |

| Sunday Dinner | Monday Dinner | Tuesday Dinner | Wednesday Dinner | Thursday Dinner | Friday Dinner | Saturday Dinner |
|---|---|---|---|---|---|---|
| ♥Turkey Roast #or Navy Beans ♥Mashed Potatoes Brown Gravy ♥Carrots ♥Whole Wheat Bread ♥Beverage | ♥Chili or #Three Bean Chili ♥Steamed Rice ♥Mixed Vegetables Cornbread or ♥Whole Wheat Bread ♥Margarine Pat ♥Beverage | ♥Pepper Steak or #Lentils ♥Steamed Rice ♥Green Beans ♥Whole Wheat Bread ♥Beverage | ♥Hot Grits ♥Scrambled Eggs or #Peanut Butter ♥Oven Brown Potatoes Cream Gravy Biscuits (2) or ♥Whole Wheat Bread and ♥Jelly (2) ♥Beverage | ♥Chicken & Veggies #or Ckn. No Flesh Patty ♥Steamed Rice ♥Green Peas ♥Whole Wheat Bread ♥Beverage | ♥Black Bean Soup ♥Beef Taco Salad or #Soy Taco Salad Shredded Cheese ♥Salsa ♥Beverage | ♥Roast Beef or #Lentils ♥Mashed Potatoes ♥Mixed Vegetables Brown Gravy ♥Whole Wheat Bread ♥Margarine Pat ♥Beverage |

# Indicates No Flesh Entree Item, ♥ Indicates Heart Healthy.

# Federal Bureau of Prisons - National Menu Lunch and Dinner FY 2024

## Week 4

| Sunday Lunch | Monday Lunch | Tuesday Lunch | Wednesday Lunch | Thursday Lunch | Friday Lunch | Saturday Lunch |
|---|---|---|---|---|---|---|
| ♥Scrambled Eggs or #Peanut Butter ♥Oven Brown Potatoes French Toast (2) W/Syrup or ♥Whole Wheat Bread and ♥Jelly (2) ♥Margarine Pat ♥Fruit ♥Beverage | Cheese Pizza ♥#or Navy Beans ♥Italian Pasta Salad ♥Green Beans ♥Garden Salad ♥Dressing, Assorted ♥Fruit ♥Beverage | Chicken Parmesan or ♥#Ckn. No Flesh Patty ♥Pasta w/ Marinara ♥Spinach Garlic Bread or ♥Whole Wheat Bread ♥Fruit or Dessert ♥Beverage | ♥Hamburger or # Black Bean Burger Sliced Cheese French Fries or ♥Baked Potato W/Margarine Pat ♥Lettuce/Tomato ♥Sliced Onions ♥Catsup & Mustard ♥WW Hamburger Bun ♥Fruit ♥Beverage | Fried Chicken or ♥Baked Chicken or #PB & Jelly Sand. (2) ♥Baked Sweet Potato ♥Green Beans ♥Garden Salad ♥Dressing, Assorted ♥Whole Wheat Bread ♥Margarine Pat ♥Fruit or Dessert ♥Beverage | Breaded Fish Sand. or ♥Baked Fish or #Hummus ♥Cilantro Rice ♥Pinto Beans ♥WW Hamburger Bun Tartar Sauce ♥Fruit ♥Beverage | ♥Scrambled Eggs or #Peanut Butter ♥Oven Brown Potatoes Pancakes W/Syrup or ♥Whole Wheat Bread and ♥Jelly (2) ♥Margarine Pat ♥Fruit ♥Beverage |

| Sunday Dinner | Monday Dinner | Tuesday Dinner | Wednesday Dinner | Thursday Dinner | Friday Dinner | Saturday Dinner |
|---|---|---|---|---|---|---|
| ♥BBQ Shred Chicken or #Baked Beans ♥Baked Potato ♥Coleslaw ♥WW Hamburger Bun ♥Margarine Pat ♥Beverage | ♥Chicken Fried Rice or #Tofu Fried Rice ♥Black Beans ♥Carrots ♥Whole Wheat Bread ♥Beverage | ♥BBQ Pork or #BBQ Tofu ♥Steamed Rice ♥Collard Greens ♥Whole Wheat Bread ♥Beverage | ♥Pasta ♥w/ Marinara Sauce Meatballs or #Soy Spaghetti Sauce ♥Spinach ♥Garden Salad ♥Dressing, Assorted Garlic Bread or ♥Whole Wheat Bread ♥Beverage | Hot Dogs (2) or ♥#Kidney Beans ♥Oven Brown Potatoes ♥Coleslaw ♥Catsup & Mustard ♥WW Hot Dog Buns (2) ♥Beverage | ♥Chicken Cheese Steak #or Navy Beans ♥Italian Pasta Salad ♥Carrots ♥WW Hot Dog Bun ♥Beverage | ♥Meatloaf or #Three Bean Chili ♥Steamed Rice ♥Whole Kernal Corn ♥Whole Wheat Bread ♥Margarine Pat ♥Beverage |

# Indicates No Flesh Entree Item, ♥ Indicates Heart Healthy.

## Federal Bureau of Prisons - National Menu Lunch and Dinner FY 2024

### Week 5

| Sunday Lunch | Monday Lunch | Tuesday Lunch | Wednesday Lunch | Thursday Lunch | Friday Lunch | Saturday Lunch |
|---|---|---|---|---|---|---|
| ♥Scrambled Eggs or #Peanut Butter ♥Oven Brown Potatoes French Toast (2) W/Syrup or ♥Whole Wheat Bread and ♥Jelly (2) ♥Margarine Pat ♥Fruit ♥Beverage | Chili Cheese Fries or ♥#Three Bean Chili ♥W/Baked Potato ♥Carrots ♥Whole Wheat Bread ♥Fruit ♥Beverage | Chicken Patty Sand. or ♥#Ckn. No Flesh Patty ♥Steamed Rice ♥Pinto Beans ♥Lettuce/Tomato Mayonnaise ♥WW Hamburger Bun ♥Fruit or Dessert ♥Beverage | ♥Hamburger or # Black Bean Burger French Fries or ♥Baked Potato W/Margarine Pat ♥Lettuce/Tomato ♥Sliced Onions ♥Catsup & Mustard ♥WW Hamburger Bun ♥Fruit ♥Beverage | ♥Baked Chicken or #Black Beans ♥Baked Sweet Potato ♥Mixed Vegetables ♥Whole Wheat Bread ♥Margarine Pat ♥Fruit or Dessert ♥Beverage | ♥Baked Fish or #Baked Beans ♥Garlic Macaroni ♥Collard Greens ♥Coleslaw ♥Whole Wheat Bread Tartar Sauce ♥Fruit ♥Beverage | Beef Nachos or ♥#Three Bean Chili ♥Whole Kernel Corn ♥Pinto Beans ♥Salsa ♥Fruit ♥Beverage |

| Sunday Dinner | Monday Dinner | Tuesday Dinner | Wednesday Dinner | Thursday Dinner | Friday Dinner | Saturday Dinner |
|---|---|---|---|---|---|---|
| ♥Beef Tacos or #or Chickpea Tacos ♥Cilantro Rice ♥Black Beans ♥Whole Kernel Corn Shredded Cheese ♥Salsa ♥Taco Shells (2) ♥Beverage | ♥Pepper Steak or #Lentils ♥Steamed Rice ♥Green Beans ♥Whole Wheat Bread ♥Beverage | Pork Italian Sausage or ♥#Lentils ♥Oven Brown Potatoes ♥Diced Onions & Peppers ♥Mixed Vegetables ♥WW Hot Dog Bun ♥Beverage | ♥Old Fshnd. Bean Soup Chef Salad or ♥#Tofu Chef Salad ♥Beets (Cold) ♥Dressing, Assorted ♥Whole Wheat Bread (2) ♥Beverage | Steak & Cheese Sub or ♥#Kidney Beans Potato Chips or ♥Baked Potato W/Margarine Pat ♥Green Beans ♥WW Hot Dog Bun ♥Beverage | ♥Baked Ziti & Beef or #Soy Baked Ziti ♥Green Beans ♥Garden Salad ♥Dressing, Assorted ♥Whole Wheat Bread ♥Beverage | ♥Chicken Cheese Steak #or Navy Beans ♥Italian Pasta Salad ♥Carrots ♥WW Hot Dog Bun ♥Beverage |

# Indicates No Flesh Entree Item, ♥ Indicates Heart Healthy.