UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Case No. 1:21-cr-130 |
| JACOB BRADLEY DEMARAIS. | ) |

**MOTION FOR EXTENSION OF TIME TO FILE REPLY**

Jacob Bradley Demarais, by and through the undersigned counsel, respectfully moves for an extension of time until March 11, 2024, to file his reply to the United States' response to his motion for compassionate release. Undersigned counsel's wife was hospitalized from February 19, 2024 – February 21, 2024. Between taking care of his wife and one year old, counsel has not had time to finish the reply in this matter. Wherefore, for good cause shown, the Court should allow Demarais until March 11, 2024, to file his reply in this matter.

Respectfully submitted,

/s/Brandon Sample
Brandon Sample
Brandon Sample PLC
1701 Pennsylvania Ave N.W. # 200
Washington, DC 20006
Tel: 202-990-2500
Fax: 202-990-2600
E-mail: brandon@brandonsample.com