# EXHIBIT 2



# CERTIFICATE OF COMPLETION

THIS CERTIFIES THAT
## JACOB DEMARAIS
HAS SUCCESSFULLY COMPLETED
## TRAUMATIC STRESS AND RESILIENCE
AT THE FEDERAL CORRECTIONAL INSTITUTE (FCI) - THOMSON, ILLINOIS

THIS CERTIFICATE IS HEREBY ISSUED MARCH 08, 2024

*B. Theisen*

TREATMENT SPECIALIST

# USP THOMSON
## Psychology Programs

# Certificate of Achievement

*Presented to*

# JACOB DEMARAIS
# 50347-509

For the successful completion

of

# NON-RESIDENTIAL DRUG ABUSE PROGRAM

_____  
TREATMENT SPECIALIST

3·28·24  
DATE