# EXHIBIT 3

April 1, 2025

**Re: Jacob Bradley Demarais**

To whom it may concern:

My name is Clete Burbach and I submit this letter in support of Jacob "Jake" Demarais.

I met Jake about 10 or 11 years ago, when he was promoted to terminal manager at Burlington Northern Santa Fe Railway (BNSF) facility in Mandan. At that time, I was employed as a senior claims manager at BNSF. Our paths crossed regularly as Jake's office was down the hall from mine, and we became good friends. Although we worked for different divisions of BNSF, I had to collaborate with Jake on a regular basis, completing accident and injury investigations and preparing other required company reports.

Jake was well-liked and well-respected at BNSF. He had no family in North Dakota and frequently volunteered to work holidays to allow to allow others time off with their families.

I recently ran into one of the union representatives who is also a locomotive engineer assigned to the Mandan terminal. This individual worked frequently with Jake, to advocate on behalf of union members. He asked how Jake was doing and said that Jake "was the best boss he had ever worked for". He also admitted that Jake was very fair in dealing with union issues. I was pleasantly surprised by these comments – during my 43 years with BNSF, the relationship between the union and management seemed quite contentious.

My wife and I have a home in north Bismarck on the Missouri River and we entertain family and friends. As we got to know Jake, he was invited to our home during the holidays, after finishing his shift at work. At all times, Jake was a kind and respectful guest.

Jake is generous and thoughtful. Before I retired from BNSF in September 2020, I purchased a 4000 sq. ft. "project" house, in need of significant renovation. I planned on doing the work myself and selling the property once the job was done. Much of the work, I soon discovered, required a second person to assist. Jake has skill, experience and a collection of tools that he was more than happy to share with me. He showed up to give me a hand most weekends and many evenings. Jake worked on almost everything - gutting the bathrooms and the kitchen, repairing walls and removing carpet, doors, flooring and decking. He painted, laid flooring, installed shower doors and leveled and installed doors on bedrooms and bathrooms. I can't begin to count the hours Jake spent helping complete this project over the course of two years – with no expectation of anything in return. The Jake Demaris that I know has a kind and generous heart and is a wonderful friend. During his incarceration he has continued to initiate communication to maintain relationships with friends and family.

I wholeheartedly support Jake's efforts to seek early release to provide care for his disabled father. Several years ago, Jake shared his father's MS diagnosis with me. As the MS has continued to progress, his father has become quite vulnerable, with deteriorating physical and cognitive abilities. He has been targeted by "scammers" and other unscrupulous individuals, resulting in financial losses. Jake's father is in desperate need of a caretaker and Jake would be the ideal person to help.

If you have any questions or wish to discuss this matter, please feel free to contact me.

Best Regards,

Clete Burbach

Bismarck, ND  58503

To the Court:

Jake has made amends with the past and is ready to make a positive contribution in society as a moral and law-abiding citizen. Incarceration has provided Jake with the needed treatment and education, to become once again a positive member in our communities, his family and to become an employee. Jake's father has an incurable health issue and Jake wants to be available to provide care and aid to his father in need. In addition, Jake needs a more in-depth treatment for his own medical issue. Jake is humble and has found repentance for his actions. Jake is prepared to begin a new life of service and helping others. Please consider Jakes release.

Respectfully,

Mike Williamson

Fort Worth Texas, 76131

Letter of Character for: Jacob Demarais
Luke Wolf: Friend of Jacob's

To whom this may concern,

I've known Jacob Demarais (Jake) for quite some time. Jake was the terminal manager for BNSF rail and our paths crossed as I was a terminal manager for a large trucking company that transported material to BNSF facilities. We got to know each other through mutual friends and connected through the transportation industry.

I know that Jake has been a great father throughout his life, having a child at a young age and going through all the difficult challenges of coparenting, child support, and maintaining his professional employment career. His job has taken him to many places where he had to deal with many different people, situations while continuing to be a great dad. He talks about his son often, he has started his own business and has helped him get on a great path in life.

The situation that Jake is dealing with now from my knowledge is by far the biggest challenge of his life. I truly believe that the circumstances appeared to be greater than what they truly are. What I mean by that is I know he accepted a plea in the federal court system for some things that he may or may not have intentionally done on a night of having too much to drink. As a father myself, I do agree that those things are not okay and so does Jake. He has taken all the necessary steps necessary to bounce back from this. Before accepting a plea, he initiated treatment at his own expense. He wanted to get in front of anything that may be in question to show that is not his true character. Jake is a good man and I know that anything he may have presumably done, he's willing to accept and take all the necessary actions to be the best person he can be.

Since his plea and incarceration, he's been through a lot. We speak frequently and he's been bounced around through multiple prisons. He stays focused on the ultimate goal and that's getting through another agreed treatment plan that can reduce his sentence. I can tell when I speak to him, this is by far the most challenging thing he's ever dealt with mentally. He's also had another great concern with his dad while he's been in prison. I'm not sure of all the details, but his dad's health is declining and I know Jake would like to be there to help his father. Jake is also concerned about a health issue of his own and I'm not sure that he's getting the necessary things he needs to help with that.

When I speak with Jake, I can tell that he is very determined to get to the facility he needs to be in to take care of any remaining treatment that may be needed to get back out into society and find his role or purpose so to say just like he did when he was at BNSF. Jake is a very motivated person who just like anyone else likes to earn his own way and live a good life.

I continued to encourage Jake every time we speak that he's on the right track. I know that from time to time he finds it difficult to get through this. I hope everything works out for the best and he can get home to be with his father and his son, where he can find his place and can get back to square one. I know Jake will represent himself and his family well again in the near future. Thank you for taking the time to read about the great person Jake truly is.

Luke Wolf

*Luke Wolf*