https://www.grandrapidsmn.com/news/teacher-faces-sex-charge/article_634aec90-9318-5803-956e-aa0fb72ce604.html

# Teacher faces sex charge

By Wanda Moeller
Aug 23, 2002

A Greenway High School science teacher has been charged with a felony for allegedly touching a student inappropriately.

Mark Evans Fairchild, 43, of Coleraine, has been charged in Itasca County District Court with one count of criminal sexual conduct in the second degree, a felony. If convicted, Fairchild faces 25 years in prison and/or a $35,000 fine.

Fairchild was arrested Friday, Jan. 11 by the Itasca County Sheriff's Department and made his first court appearance the same day before Judge John Hawkinson. Fairchild posted a $5,000 bond and was released until his next court appearance.

2018 Chevrolet Silverado 1500
$32,304
Shop Now
2019 Cadillac XT5
$24,384
Shop Now
2018 Chevrolet Silverado 1500
$26,431
Shop Now

According to the criminal complaint filed in Itasca County District Court, a student alleges that during a seventh hour science class in October Fairchild inappropriately touched their body. After the incident, the student ran from the classroom, began crying and shortly thereafter informed school authorities. The complaint also acknowledges that two other students witnessed the event.

On Tuesday, Independent School District 316 Superintendent Bill Makinen said that Fairchild had been suspended and placed on paid administrative leave until the school board decides otherwise.

Learn more about your privacy options

Exhibit 1