

**U.S. Department of Justice**

**Federal Bureau of Prisons**

*Federal Correctional Institution*
*Elkton, Ohio 44415*

*December 10, 2025*

**MEMORANDUM TO WHOM IT MAY CONCERN**

FROM:    N. Flynn / AB Case Manager

SUBJECT:   Demarais, Jacob Bradley #50347-509

Inmate Demarais has requested a list of courses completed while in Bureau of Prisons custody. They are as follows:

1.  Release Preparation
2.  Aids Awareness
3.  American West History
4.  Stress/Paint
5.  The Black Death
6.  American Revolution
7.  Paint/Handball
8.  Oil Painting
9.  Walk/Color
10. Story Human Language 1
11. Story Human Language 2
12. Acrylics
13. Writing Great Fiction
14. Lost Worlds of South America
15. Yoga
16. Language and Society
17. King Arther History
18. How Stock Market Works
19. Mastering Fundamental Math
20. Entrepreneurs Toolkit
21. Earth's Changing Climate
22. Exercise/Nutrition
23. Criminal Thinking
24. Resolve Workshop
25. National Parenting Program
26. Residential Drug Treatment
27. Non-Residential Drug Treatment



## Individualized Needs Plan - Program Review    (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: DEMARAIS, JACOB BRADLEY  50347-509

SEQUENCE: 02322849
Team Date: 01-28-2026

| | |
|---|---|
| Facility: | ELK  ELKTON FCI |
| Name: | DEMARAIS, JACOB BRADLEY |
| Register No.: | **50347-509** |
| Age: | 40 |
| Date of Birth: | ▮▮▮▮▮▮ |

| | |
|---|---|
| Proj. Rel. Date: | 02-28-2027 |
| Proj. Rel. Mthd: | BOP SUBST ABUSE TRTMT |
| DNA Status: | TOM00284 / 06-07-2023 |

### Detainers

| Detaining Agency | Remarks |
|---|---|

*NO DETAINER*

### Inmate Photo ID Status

No photo ID - Expiration: null

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| ELK | ELECTRIC | ELECTRICIAN | 04-02-2025 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| ELK | ESL HAS | ENGLISH PROFICIENT | 06-04-2023 |
| ELK | GED HAS | COMPLETED GED OR HS DIPLOMA | 06-01-2023 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| ELK RDAP | C | CR-RESIDENTIAL REENTRY CENTER | 06-17-2025 | 06-17-2025 |
| ELK RDAP | C | CR-UNITED STATES PROBATION | 06-17-2025 | 06-17-2025 |
| ELK RDAP | C | MAIL/PROPERTY/RELEASE INFORMAT | 06-03-2025 | 06-03-2025 |
| ELK RDAP | C | PF/CONS SKILLS/BANKING/BUDG/CR | 06-03-2025 | 06-03-2025 |
| ELK RDAP | C | EMPLOYMENT/SEARCH/INTERV/RESU | 06-03-2025 | 06-03-2025 |
| ELK RDAP | C | HEALTH/NUTRITION/HIV/HEALTH LS | 06-03-2025 | 06-03-2025 |
| ELK RDAP | C | SUCS STORY/DEC | 06-03-2025 | 06-03-2025 |
| ELK | C | AIDS AWARENESS-RPP<HN> | 01-16-2025 | 01-16-2025 |
| TOM | C | ACE AMERICAN WEST HISTORY | 07-16-2024 | 08-08-2024 |
| TOM | C | REC F- STRESS, PAINT, TAKRAW | 03-29-2024 | 07-26-2024 |
| TOM | C | ACE THE BLACK DEATH SELF-STUDY | 04-17-2024 | 06-05-2024 |
| TOM | C | ACE AMERICAN REVOLUTION SELF | 02-26-2024 | 04-10-2024 |
| TOM | C | REC E- PHYSI, PAINT, HANDBALL | 01-31-2024 | 03-29-2024 |
| TOM | C | OIL PAINTING BOB ROSS | 01-26-2024 | 02-16-2024 |
| TOM | C | REC D- WALK, COLOR, CABER | 11-03-2023 | 01-18-2024 |
| TOM | C | ACE STORY HUMAN LANGUAGE 2 | 12-13-2023 | 12-26-2023 |
| TOM | C | ACE STORY HUMAN LANGUAGE 1 | 12-03-2023 | 12-17-2023 |
| TOM | C | ACRYLICS | 10-12-2023 | 11-02-2023 |
| TOM | C | ACE WRITING GREAT FICTION SELF | 11-06-2023 | 11-10-2023 |
| TOM | C | ACE LOST WORLDS OF S. AMERICA | 11-02-2023 | 11-05-2023 |
| TOM | C | REC C- YOGA, NUTRI, SPORTS | 09-28-2023 | 10-25-2023 |
| TOM | C | ACE LANGUAGE AND SOCIETY | 10-21-2023 | 10-24-2023 |
| TOM | C | ACE KING ARTHUR HIST & LEGEND | 10-06-2023 | 10-10-2023 |
| TOM | C | ACE HOW STOCK MARKET WORKS | 09-11-2023 | 09-17-2023 |
| TOM | C | ACE MASTERING FUND. MATH SELF | 09-05-2023 | 09-10-2023 |
| TOM | C | USP THE ENTREPRENEURS TOOLKIT | 08-28-2023 | 09-03-2023 |
| TOM | C | ACE EARTH'S CHANG CLIMATE SELF | 08-11-2023 | 08-18-2023 |
| TOM | C | REC A- EXERCISE, NUTRI, SPORTS | 06-20-2023 | 07-09-2023 |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

*** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ***

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|



| **Individualized Needs Plan - Program Review    (Inmate Copy)** | **SEQUENCE: 02322849** |
|---|---|
| Dept. of Justice / Federal Bureau of Prisons | **Team Date: 01-28-2026** |
| Plan is for inmate: DEMARAIS, JACOB BRADLEY  50347-509 | |

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 06-06-2023 |
| CARE2 | STABLE, CHRONIC CARE | 11-27-2024 |

**Current Medical Duty Status Assignments**

| Assignment | Description | Start |
|---|---|---|
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 01-22-2025 |
| YES F/S | CLEARED FOR FOOD SERVICE | 01-22-2025 |

**Current Drug Assignments**

| Assignment | Description | Start |
|---|---|---|
| DAP COMP | RES DRUG TRMT COMP/TRANS REQD | 12-08-2025 |
| ED EXEM | DRUG EDUCATION EXEMPT | 06-12-2024 |
| ELIGIBLE | 18 USC 3621 RELEASE ELIGIBLE | 07-26-2024 |
| FOL PART | FOLLOWUP SERVICES PARTICIPANT | 12-09-2025 |
| NR COMP | NRES DRUG TMT/COMPLETE | 04-03-2024 |

**FRP Payment Plan**

| Most Recent Payment Plan |
|---|

| **FRP Assignment:** | **PART** | **FINANC RESP-PARTICIPATES** | **Start: 06-09-2023** |
|---|---|---|---|
| Inmate Decision: | **AGREED** | **$100.00** | Frequency: **MONTHLY** |
| Payments past 6 months: | **$600.00** | Obligation Balance: | **$38,405.46** |

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | |
| 2 | REST FV | $36,000.00 | $33,405.46 | IMMEDIATE | AGREED |

| Adjustments: | Date Added | Facl | Adjust Type | Reason | Amount |
|---|---|---|---|---|---|
| | 01-13-2026 | ELK | PAYMENT | INSIDE PMT | $100.00 |
| | 12-12-2025 | ELK | PAYMENT | INSIDE PMT | $100.00 |
| | 11-13-2025 | ELK | PAYMENT | INSIDE PMT | $100.00 |
| | 10-15-2025 | ELK | PAYMENT | INSIDE PMT | $100.00 |
| | 09-12-2025 | ELK | PAYMENT | INSIDE PMT | $100.00 |
| | 08-14-2025 | ELK | PAYMENT | INSIDE PMT | $100.00 |

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 3 | JVTA ASSMT | $5,000.00 | $5,000.00 | IMMEDIATE | AGREED |
| | | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | |

**FRP Deposits**

Trust Fund Deposits - Past 6 months:   $2,530.00          Payments commensurate ?   Y

New Payment Plan:   ** No data **

**Current FSA Assignments**

| Assignment | Description | Start |
|---|---|---|
| AWARD | EBRR INCENTIVE AWARD | 08-01-2025 |
| FTC INELIG | FTC-INELIGIBLE-REVIEWED | 06-06-2023 |
| INELIG AUT | FTC-INELIGIBLE OFF CODE - AUTO | 03-30-2023 |
| N-ANGER N | NEED - ANGER/HOSTILITY NO | 01-22-2026 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 01-22-2026 |
| N-COGNTV N | NEED - COGNITIONS NO | 01-22-2026 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 06-01-2023 |
| N-EDUC N | NEED - EDUCATION NO | 01-22-2026 |
| N-FIN PV Y | NEED - FINANCE/POVERTY YES | 01-22-2026 |
| N-FM/PAR N | NEED - FAMILY/PARENTING NO | 01-22-2026 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 01-22-2026 |
| N-MEDICL Y | NEED - MEDICAL YES | 01-22-2026 |
| N-RLF Y | NEED - REC/LEISURE/FITNESS YES | 01-22-2026 |
| N-SUB AB N | NEED - SUBSTANCE ABUSE NO | 01-22-2026 |



**Individualized Needs Plan - Program Review    (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: DEMARAIS, JACOB BRADLEY  50347-509

SEQUENCE: 02322849
Team Date: 01-28-2026

| Assignment | Description | Start |
|---|---|---|
| N-TRAUMA N | NEED - TRAUMA NO | 01-22-2026 |
| N-WORK N | NEED - WORK NO | 01-22-2026 |
| R-LW | LOW RISK RECIDIVISM LEVEL | 01-22-2026 |

### Progress since last review

Fail/withdraw Sex Offender Treatment. Transitioned to follow up serviced in for RDAP. Received satisfactory work performance evaluations. Maintained clear conduct.

### Next Program Review Goals

Prior to your next review (April 2026), re-enroll/participate in Sex Offender Treatment, enroll/participate in Wellness Inside and Out to fulfill your FSA need for Rec/Leisure/Fitness.

### Long Term Goals

Complete the RDAP, Sex Offender Treatment, fulfill remaining FSA needs, and build a resume to assist with job placement, by 02-2027.

### RRC/HC Placement

No.
null.
Consideration has been given for Five Factor Review (Second Chance Act):
- Facility Resources : RRC and Home Confinement placements are available in his release area.
- Offense : Offenses are eligible for RRC placement and or Home Confinement.
- Prisoner : Inmate Demarais has established community and family ties in Grand Rapids, MN. He plans to obtain employment through the
- Court Statement : The sentencing court, in the Western District of MN, in the Judgment and Commitment, did not make any recommendation for
- Sentencing Commission : There is no pertinent policy by the Sentencing Commission.

### Comments

PREA risk factors were reviewed. No changes in risk levels are noted.

Maintain clear conduct, high level of sanitation and personal hygiene, and good rapport with staff and other inmates.

Team sheet doesn't reflect the Parenting Program I completed in 2025.

*1/28/25*

# Certificate of Achievement

## Presented to

## Jacob Demarais

### For successfully completing
### the residential portion of the

## Residential Drug Abuse Treatment Program

This milestone, while significant, is not the completion of the treatment requirements. Jacob Demarais is hereby eligible to move forward to the follow-up and/or community treatment components of RDAP.

_____
Dr. J. Payne, Chief Psychologist, FCI Elkton

12/8/25
Date

# CERTIFICATE

## OF COMPLETION

### THE FOLLOWING AWARD IS GIVEN TO

## Jacob Demarias

### National Parenting Program

### Phase I



_____
N. RICE
Special Populations
Coordinator

3rd Quarter of 2025
_____
Date

# Certificate of Completion

This certifies that

## Jacob Demarais

has successfully completed the



**InsideOut Dad®**
**Program**

**National Fatherhood Initiative®**

Conducted on

__3rd Quarter__   in   __FCI Elkton__

_____
SPECIAL POPULATIONS COORDINATOR

_____
Facilitator's Name/Signature

_____
**Christopher A. Brown**
President
NATIONAL FATHERHOOD INITIATIVE®

Pag #

| Inmate Name | DEMARAIS, JACOB | | Sex | M | Facilitator | Ogden, Jr. Matthew MSE/ SOMP |
| Date of Birth | [redacted] | | Group Facility | ELK | Group Title | |
| Date | 07/01/2025 | | | | Participation | Not Apply |

| Date | Title | Duration | Attendance | Participation |
|---|---|---|---|---|
| 07/15/2025 | Group Cancelled - Staff SOTP Training | 0 | Absent Excused | Not Apply |
| 07/10/2025 | Self Reflection 8-13 | 120 | Complete Session | Good |
| 07/08/2025 | Self Reflection 1-7 | 120 | Complete Session | Good |
| 07/03/2025 | Group Cancelled- Staff Availability | 0 | Absent Excused | Not Apply |
| 07/01/2025 | Welcome/Introduction | 120 | Complete Session | Good |

**Attendance**

| | | |
|---|---|---|
| Complete Session Present | 70.4 % | |
| Incomplete Session Excused | 0.0 % | |
| Incomplete Session Not Excused | 0.0 % | |
| Absent Excused | 29.6 % | |
| Absent Not Excused | 0.0 % | |

**Participation**

| | |
|---|---|
| Good | 66.7 % |
| Fair | 0.0 % |
| Poor | 0.0 % |
| Not Apply | 33.3 % |

**Bureau of Prisons**
**Psychology Services**
**Group Participation**

**\*\*SENSITIVE BUT UNCLASSIFIED\*\***

Inmate Name: DEMARAIS, JACOB                                   Reg #:   50347-509
Date of Birth: ▇▇▇▇▇▇        Sex:  M        Facilitator:  (P)Ogden, Jr, Matthew MSEd, SOMP
Date:   07/01/2025        Group Facility:  ELK        Group Title:  [645] NR7 Phase I

Status:  Withdrew
Enroll Date:  07/01/2025    End Date:  10/02/2025
Total Hours:  37

## SESSION DATA:

Number of Sessions:  27    First Session Date:  07/01/2025    Last Session Date:  09/30/2025

| Date | Title | Duration | Attendance | Participation |
|---|---|---|---|---|
| 09/30/2025 | Group Cancelled - Staff Recall | 0 | Absent Excused | Not Apply |
| 09/25/2025 | Old Me | 0 | Absent Excused | Not Apply |
| | Session Note: Requested to withdrawn from Treatment. | | | |
| 09/23/2025 | Basic Cognitive Skills 16-21 | 120 | Complete Session | Good |
| 09/18/2025 | Group Cancelled - All SOMP Staff Training | 0 | Absent Excused | Not Apply |
| 09/16/2025 | Group Cancelled - Closed Compound | 0 | Absent Excused | Not Apply |
| 09/11/2025 | Basic Cognitive Skills 12-15 | 120 | Complete Session | Good |
| 09/09/2025 | Basic Cognitive Skills 10-11 | 120 | Complete Session | Good |
| 09/04/2025 | Basic Cognitive Skills 8-9 | 120 | Complete Session | Good |
| 09/02/2025 | Basic Cognitive Skills 5-7 | 120 | Complete Session | Good |
| 08/28/2025 | Old Me | 120 | Complete Session | Not Apply |
| 08/26/2025 | Basic Cognitive Skills 1-4 | 120 | Complete Session | Good |
| 08/21/2025 | Challenging Distorted Thinking 16-23 | 120 | Complete Session | Good |
| 08/19/2025 | Group Cancelled- Institution Recall | 0 | Absent Excused | Not Apply |
| 08/14/2025 | Challenging Distorted Thinking 9-15 | 120 | Complete Session | Good |
| 08/12/2025 | Challening Distorted Thinking 1-8 | 120 | Complete Session | Good |
| 08/07/2025 | Guiding Principles 9-15 | 120 | Complete Session | Good |
| 08/05/2025 | Guiding Principles | 120 | Complete Session | Good |
| 07/31/2025 | Self-Reflection 24-29 | 120 | Complete Session | Good |
| 07/29/2025 | Group Cancelled- Institutional Recall | 0 | Absent Excused | Not Apply |
| 07/24/2025 | Self-REflect 18-23 | 120 | Complete Session | Good |
| 07/22/2025 | Self Reflection 14-17 | 120 | Complete Session | Good |
| 07/17/2025 | Self Reflection - Ice breakers | 60 | Complete Session | Good |