# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

UNITED STATES OF AMERICA,    )

v.                           )      Case No. 1:21-cr-130

JACOB BRADLEY DEMARAIS.      )

### REPLY TO UNITED STATES RESPONSE TO MOTION FOR RRC RECOMMENDATION

Jacob Bradley Demarais ("Demarais"), by and through undersigned counsel, respectfully submits this reply to the United States' response.

Demarais understands that the Bureau of Prisons has final say over how much RRC placement he will receive. He is not asking the Court to *order* the BOP to do anything. He is merely asking for a *non binding recommendation*, a recommendation that the BOP is statutorily required to *consider*.

Numerous courts have granted similar relief to other defendants. *United States v. Crawford*, No. 8:11CR353, 2020 U.S. Dist. LEXIS 39488 (D. Neb. Mar. 4, 2020); *United States v. Bolton*, No. 22-CR-59-LJV, 2023 U.S. Dist. LEXIS 154554 (W.D.N.Y. Aug. 31, 2023);

*United States v. Ferguson*, No. 6:16-cr-00707-JMC-8, 2018 U.S. Dist. LEXIS 179905 (D.S.C. Oct. 18, 2018); *United States v. Qadri*, No. CR 06-00469 LEK, 2017 U.S. Dist. LEXIS 38716 (D. Haw. Mar. 15, 2017) *United States v. Bartels*, No. 12-cr-20072, 2016 U.S. Dist. LEXIS 164056 (E.D. Mich. Nov. 29, 2016)|; *United States v. Ahmed*, No. 1:07CR00647, 2017 U.S. Dist. LEXIS 185276 (N.D. Ohio Nov. 8, 2017); *United States v. Turnquist*, No. 1:12-cr-000173 AWI, 2018 U.S. Dist. LEXIS 98614 (E.D. Cal. May 31, 2018).

The Court should grant Demarais' motion.

Respectfully submitted,

/s/Brandon Sample
Brandon Sample
Criminal Center LLC
1701 Pennsylvania Ave. N.W. # 200
Washington, DC 20006
Tel: 202-990-2500
Fax: 202-990-2600
E-mail: brandon@criminalcenter.com